# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:10-cr-231-Orl-18GJK

**JOSE NUNEZ-VALENCIA**

## ORDER

This cause came on for consideration on Defendant Jose Nunez-Valencia's Motion for Leave to Appeal in Forma Pauperis (the "Motion") (Doc. 199), filed on August 11, 2017. On September 20, 2017, the United States Magistrate Judge submitted a Report and Recommendation (Doc. 202) recommending that the Motion be denied. (*Id.* at 3.)

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusion of law set forth in the Report and Recommendation (Doc. 202). It is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 202) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant Jose Nunez-Valencia's Motion for Leave to Appeal in Forma Pauperis (Doc. 199) is **DENIED**.

3. The Court hereby **CERTIFIES** that the appeal is not taken in good faith.

4. The Clerk of Court is **DIRECTED** to notify the Eleventh Circuit Court of Appeals of the above ruling in accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure.

**DONE** and **ORDERED** in Orlando, Florida, this __15__ day of November, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Defendant Jose Nunez-Valencia